Case 3:25-mj-02278-MAT   Document 1   Filed 05/12/25   Page 1 of 6

FILED
May 09, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Fidel Morales
DEPUTY

AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

UNITED STATES OF AMERICA
V.
Pablo Jesus IBANEZ-Mendoza

CRIMINAL COMPLAINT

Case Number:

EP:25-M-02278-MAT

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about  4/30/2025  in  El Paso  County, in the  Western District Of Texas  defendant(s) did, being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers.

in violation of Title  8  United States Code, Section(s)  1325(a)(1)

I further state that I am a(n)  Border Patrol Agent  and that this complaint is based on the following facts:

The DEFENDANT, Pablo Jesus IBANEZ-Mendoza, an alien to the United States and a citizen of Peru, entered the United States from the Republic of Mexico by crossing the Rio Grande River on April 30, 2025, at approximately 9.7 miles west of the Tornillo Port of Entry in Tornillo Texas, in the Western District of Texas. The place where the DEFENDANT entered is not designated as a Port of Entry by immigration officers.

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

Complaint sworn to telephonically on  May 09, 2025  at  02:00 PM  and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

Signature of Complainant

Jason Pyatt
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

5/9/2025
Date

at  El Paso, TX
City/State

Miguel A. Torres          U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Pablo Jesus IBANEZ-Mendoza

PEPT# PEPT250501038

05/09/2025

FACTS    (CONTINUED)

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

Immigration History:
NONE

Criminal History:
NONE

bef

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

USA

vs.

(1) PABLO JESUS IBANEZ-MENDOZA
*Defendant*

Case Number:  EP:25-M -02278(1) MAT
8:1325(a)(1)

## INITIAL APPEARANCE

On **May 09, 2025**, the defendant appeared in Open Court before **U.S. Magistrate Judge MIGUEL A. TORRES.**  The defendant affirmed being the person named in the charging document.

**The defendant was advised as follows:**

1) The nature of the charge against him/her;

2) The right to retain counsel or to request the assignment of counsel if he/she is unable to obtain counsel;

3) That he/she is not required to make any statement and that any statement he/she makes may be used against him/her;

4) The right to a preliminary examination if not indicted;

5) The right to consideration of bail;

6) The right to have the government or a federal law enforcement official notify a consular officer from his/her home country of nationality of the arrest.

**Attorney**

( X )  Counsel Appointed / Retained:  **CJA   Dominguez, Octavio Arturo**

**Next Hearing Date/Time: Before U.S. Magistrate Miguel A. Torres**

( X )  **PLEA AND SENTENCE/DETENTION HEARING   May 14, 2025  at  10:00 AM**

   525 Magoffin Avenue, El Paso, TX 79901     Magistrate Courtroom, Room 712

**Bond**

( X )  No Bond Set.  Temporary Detention Ordered. Detained on Court's Motion.

**Interpreter Needed:**          **Interpreter:Spanish**           **Record FTR Gold**

**Time:**    03:11 pm - 03:42 pm  =  00 Minutes      **Arrest Date:**
                                                                         County

Arresting Agency:  CBP - Jason Pyatt
Courtroom Deputy: Fidel Morales - (915) 834-0504
Interpreter: E. Gallegos

# United States District Court
## Western District of Texas
## El Paso Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § § | |
| vs. § | No: EP:25-M -02278(1) |
| § § § | |
| **(1) PABLO JESUS IBANEZ-MENDOZA** § | |
| *Defendant* | |

## ORDER APPOINTING COUNSEL

The above Defendant has testified under oath, or has otherwise satisfied this Court that he or she is financially unable to employ counsel, and does not wish to waive counsel.

Therefore, in the interests of justice, Octavio Arturo Dominguez, is hereby appointed, pursuant to the provisions of the Criminal Justice Act, to represent said Defendant in this case.

This appointment shall remain in effect until further order of the Court.

It is, accordingly, so **ORDERED** this the 9th day of May, 2025.

_____
MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | Case Number: EP:25-M -02278(1) |
| (1) PABLO JESUS IBANEZ-MENDOZA | § | |

**ORDER SETTING PLEA AND SENTENCE/DETENTION HEARING**

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set before the **HONORABLE U.S. MAGISTRATE MIGUEL A. TORRES** for **PLEA AND SENTENCE/DETENTION HEARING**, May 14, 2025 at 10:00 AM in **Magistrate Courtroom, Room 712on the 7th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX.**

In accordance with Federal Rule of Criminal Procedure 5(f), as amended by the Due Process Protections Act, Pub. L.No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the Government is hereby notified of and ordered to comply with (1) the prosecutor's disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and (2) the possible consequences of violating the Order, which may include sanctions such as delay of trial or other proceedings, the exclusions of evidence, the giving of adverse jury instructions, the grant of new trial, the dismissal of an action, or finding in contempt.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

**IT IS SO ORDERED** this **05/09/2025.**

_____
**MIGUEL A. TORRES**
**UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| USA | § |
| | § |
| vs. | § NO: EP:25-M -02278(1) MAT |
| | § |
| (1) PABLO JESUS IBANEZ-MENDOZA | § |

## ORDER OF TEMPORARY DETENTION

Under 18 U.S.C. §§ 3142(d)(1)(B) and 3142(d)(2), I find that the defendant "is not a citizen of the United States or lawfully admitted for permanent residence…[and] may flee." Accordingly, unless a component of the Department of Homeland Security arrested the defendant, the attorney for the government is directed to notify the appropriate immigration authorities, and notification via email suffices. The preliminary and detention hearings are set for May 14, 2025.

SO ORDERED.

**SIGNED AND ENTERED** on **May 11, 2025**.

_____
MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE